**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-03300-RM-CBS

CARLOS THURMAN, and
ERICKA THURMAN,

    Plaintiffs,

v.

TAYLOR, BEAN & WHITAKER REO, in their corporate and individual capacities,
THE LAW FIRM OF ARONOWITZ & MECKLENBURG, LLP, in their corporate, Personal and individual capacities, and
CATHERINE A. HILDRETH, in her individual, Corporate and personal capacities,

    Defendants.

---

**ORDER**

---

    This matter is before the Court on the April 4, 2014 Recommendation of United States Magistrate Judge Craig B. Shaffer (the "Recommendation") (ECF No. 14). Judge Shaffer recommends that this civil action be dismissed without prejudice. (*Id*. at 5.) The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (*Id*. at 5-6.) Despite this advisement, no objections to the Recommendation have to date been filed. The recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

    As explained in detail in the Recommendation, after filing their Complaint on December 6, 2013 (ECF No. 1), the Plaintiffs then failed to prosecute or otherwise respond to any filings, court orders, or status conferences. Plaintiffs failed to respond to Judge Shaffer's Order to Show Cause dated March 11, 2014, failed to appear at the Status Conferences held on January 30th and

March 10th, 2014, and failed to respond to Defendants' motion to Quash Service dated December 31, 2013.  Finally, they did not respond to the Recommendation recommending dismissal.

Given that no objections have been filed, I have the discretion to review the Recommendation "under any standard [I] deem [ ] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir.1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nonetheless, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record." *See* Fed.R.Civ.P. 72(b) Advisory Committee Notes.  Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record, and I find the analysis to be thorough and sound.

Based on the foregoing, the Court agrees with Judge Shaffer that this action should be dismissed without prejudice.  Accordingly, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 14) is ADOPTED in its entirety; and

(2) This case is DISMISSED WITHOUT PREJUDICE.

DATED this 13th day of November, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge